IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN LEON WILLIAMS,  :
    Petitioner,  :
    v.  :  Case No. 3:17-cv-216-KRG-KAP
JOHN WETZEL, et al.,  :
    Respondents  :

## Memorandum Order

Petitioner's motions for relief from judgment at ECF no. 15 and ECF no. 16 were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 29, 2019, ECF no. 18, recommending that the motions be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. Petitioner filed objections at ECF no. 19. I have reviewed them and reject them as meritless.

After *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 18th day of November, 2019, it is

ORDERED that the petitioner's motions at ECF no. 15 and ECF no. 16 are denied as recommended in the Report and Recommendation at ECF no. 18, which is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Shawn L. Williams JZ-9009
S.C.I. Albion
10745 Route #18
Albion, PA 16475-0001